IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:13CR00231-002

JOSHUA DEY,

        **Defendant**

## ORDER

This matter is before the court for consideration of a report and recommendation by the Magistrate Judge regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty to specified charges in the pending matter pursuant to a Fed. R. Crim. P. 11 proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant was given notice of the right to file specific objections to the report and recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby

ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED and the Defendant is found guilty of **Count Two** of the **Indictment**.[1]

                                            /s/  *REP*
                                         Robert E. Payne

Dated: May 28, 2014                  Senior United States District Judge

---

[1] An amended indictment was filed in this matter on March 5, 2014 correcting the caption as to defendant Dey to reflect that he was charged in Counts 1, 2, 5 and 6. The amendment did not make any substantive changes to the indictment. Defendant Dey was charged in Count 2 with bank fraud in both the indictment and the amended indictment.